```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    EDUARDO GALAVIZ CAMPOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:10-CR-063 WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [~~PROPOSED~~] ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE TO |
| | ) MAY 3, 2010 |
| EDUARDO GALAVIZ CAMPOS, | ) |
| | ) Date:  April 12, 2010 |
| Defendant. | ) Time:  8:30 a.m. |
| | ) Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by the parties, through counsel, Michael D. Anderson, Assistant United States Attorney, and Michael Petrik, Jr., attorney for Eduardo Galaviz Campos, that the Court vacate the status conference scheduled for April 12, 2010, at 8:30 a.m., and reset it for May 3, 2010, at 8:30 a.m.

Counsel requires the continuance in order to review the Advisory Guideline Presentence Investigation Report and a proposed plea agreement with Mr. Campos.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through May 3, 2010, when it computes the time within which the trial of the above criminal

1  prosecution must commence for purposes of the Speedy Trial Act.  The
2  parties stipulate that the ends of justice served by granting Mr. Campos'
3  request for a continuance outweigh the best interest of the public and
4  Mr. Campos in a speedy trial, and that this is an appropriate exclusion
5  of time for defense preparation within the meaning of 18 U.S.C. §
6  3161(h)(7)(A) and (B) (Local Code T4).

7  Dated: April 8, 2010                Respectfully submitted,

8                                      DANIEL BRODERICK
                                       Federal Defender
9
                                       /s/ M. Petrik
10                                     _____
                                       MICHAEL PETRIK, Jr.
11                                     Assistant Federal Defender
                                       Attorneys for Defendant
12

13 Dated: April 8, 2010                BENJAMIN B. WAGNER
                                       United States Attorney
14
                                       /s/ M. Petrik for Michael D. Anderson
15                                     _____
                                       MICHAEL D. ANDERSON
16                                     Assistant U.S. Attorney

17

18                                  **ORDER**

19    **IT IS SO ORDERED.**  The Court orders time excluded from the date of
20 this order through the status conference on May 3, 2010, pursuant to 18
21 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).  The status conference
22 scheduled for April 12, 2010, at 8:30 a.m. is reset for May 3, 2010, at
23 8:30 a.m.

24 DATED: April 8, 2010

25                              _____
26                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
27

28